■ In the Matter of SOCIAL SERVICES EMPLOYEES UNION, LOCAL 371, on Behalf of its Member, BOWANA ROBINSON, Respondent, v CITY OF NEW YORK, DEPARTMENT OF JUVENILE JUSTICE, Appellant. [920 NYS2d 65]—

The arbitrator's failure to give preclusive effect to Robinson's guilty plea of petit larceny was irrational (*see Matter of State of N.Y. Off. of Mental Health [New York State Correctional Officers & Police Benevolent Assn., Inc.]*, 46 AD3d 1269, 1271 [2007], *lv dismissed* 10 NY3d 826 [2008]). The arbitrator's award places Robinson back into a position where he has the responsibility to voucher property of individuals being brought into a juvenile facility (*see City School Dist. of City of N.Y. v Campbell*, 20 AD3d 313 [2005]). Concur—Mazzarelli, J.P., Saxe, Renwick and DeGrasse, Richter JJ.